IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DARIUS PRZYWIECZERSKI,
Applicant,

CASE NO: 8:18-cv-468-T-23JSS

v.

UNITED STATES OF AMERICA
Respondents.
_____/

## NOTICE OF APPEAL

Notice is hereby given that the Applicant, DARIUS PRZYWIECZERSKI, *PRO SE*, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the order denying his petition for writ of habeas corpus on June 29, 2018 (Doc. 11) and the final judgement entered against him on July 2, 2018 (Doc. 12).

## CERTIFICATE OF SERVICE

I, DARIUS PRZYWIECZERSKI, *PRO SE*, hereby certify that on July 14, 2018 a copy of this Notice of Appeal was mailed via U.S. Postal Service through the Pinellas County jail and addressed to the Clerk of Court for the Middle District of Florida 801 North Florida Avenue, Tampa, Florida 33602 and to the Honorable Megan K. Kistler, Assistant United States Attorney, 400 N. Tampa Street, Suite 3200.

_____
DARIUS PRZYWIECZERSKI