IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

DARIUSZ PRZYWIECZERSKI

CASE NO. 18-13021-E

v.

UNITED STATES OF AMERICA

_____/

<u>Appellant's Certificate of Interested Persons and Corporate Disclosure Statement</u>

The following persons have an interest in the outcome of this case:

1. Merryday, Steven, United States District Judge MDFL;

2. McCoun, Thomas B., III, United States Magistrate Judge MDFL;

3. Lopez, Maria Chapa, United States Attorney MDFL;

4. Fiore, Kristen, Assistant United States Attorney MDFL

5. Kistler, Megan, Assistant United States Attorney MDFL;

6. Rhodes, David P., Assistant United States Attorney MDFL, Chief, Appellate Division;

7. Pompeo, Michael, Secretary of State of United States of America;

8. Trump, Donald J., President of United States of America.

Appellant certifies that <u>No</u> Publicly Traded Company or Corporation has an interest in the outcome of this appeal.

## CERTIFICATE OF SERVICE

I, DARIUSZ PRZYWIECZERSKI, hereby certify that on July 31, 2018 a copy of this certificate of interested persons and corporate disclosure statement was mailed via U.S. Postal Service through the Pinellas County jail and addressed to the Clerk of Court for the Eleventh Circuit Court of Appeals, 56 Forsyth Street, N.W. Atlanta, GA 30303 and to the Honorable Kristen Fiore, Assistant United States Attorney, 400 N. Tampa Street, Suite 3200, Tampa, FL 33602.

Dated : July 31, 2018

_____
DARIUSZ PRZYWIECZERSKI